In the Matter of the Proposed Change in the Map or Plan of THE CITY OF NEW YORK, etc., as to the Question of the Necessity of Carrying 195th Street, 198th Street and 202nd Street across the Main Line of the Long Island Railroad, etc. THE LONG ISLAND RAILROAD COMPANY, Appellant; THE CITY OF NEW YORK, Respondent.— Determination of the board of estimate and apportionment

of the city of New York unanimously confirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.